

**CHASE SECURITIES CORPORATION, a Corporation, Appellant, v. Joseph H. VOGEL.**

No. 11469.

Circuit Court of Appeals, Eighth Circuit.

July 25, 1945.

F. H. Stinchfield and John M. Palmer, both of Minneapolis, Minn., and S. S. Jennings, Jr., of New York City, for appellant.

George B. Leonard and Hyman Edelman, both of Minneapolis, Minn., and T. O. Streissguth, of New Ulm, Minn., for appellee.

PER CURIAM.

Mandate of Supreme Court, 312 U.S. 666, 61 S.Ct. 823, 85 L.Ed. 1110, filed and recorded, and in pursuance thereof judgment of this Court entered March 18, 1940, vacated. (Opinion reported 110 F.2d 607.) Judgment of District Court entered November 28, 1938, as amended December 28, 1938, affirmed without costs to either party, on motion of appellee Vogel and stipulation of parties.

**COLUMBIA CASUALTY CO., Appellant, v. COUNTY OF WESTMORELAND, PENNSYLVANIA.**

No. 8662.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 16, 1944.

Heard on Stipulation for Dismissal May 18, 1945.

Decided Aug. 9, 1945.

James J. Burns, Jr., of Pittsburgh, Pa., for appellant.

Oliver K. Eaton, of Pittsburgh, Pa. (Howard H. Whitehead, Co. Sol., of Greensburg, Pa., on the brief), for appellee.

Before BIGGS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

In view of the stipulation filed herein on July 20, 1945, it is appropriate to withdraw the per curiam opinion filed on February 1, 1945, 146 F.2d 1000, to vacate the judgment of this court entered the same day and to remand the cause to the District Court of the United States for the Western District of Pennsylvania 55 F.Supp. 30, for such action or disposition as that Court may deem to be meet and proper. Accordingly an order to such effect will be entered.

**DAY & ZIMMERMAN, Inc., Appellant, v. Fred DISTELHORST et al.**

No. 13128.

Circuit Court of Appeals, Eighth Circuit.

July 10, 1945.

Maurice F. Donegan, U. S. Atty., of Davenport, Iowa, Cloid I. Level, Asst. U. S. Atty., of Des Moines, Iowa, and William R. Sheridan, Asst. U. S. Atty., of Keokuk, Iowa, for appellant.

Havner & Powers, of Des Moines, Iowa, and Clark, Pryor, Hale & Plock, of Burlington, Iowa, for appellees.

PER CURIAM.

Appeal from District Court, 58 F.Supp. 334, docketed and dismissed without costs to either party in this Court, on motion of appellant and consent of appellees.

**John M. DRESCHER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 12966.

Circuit Court of Appeals, Eighth Circuit.

July 10, 1945.

Stanley S. Waite, of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and

542

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in No. 12963, Oberwinder v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 255, on joint motion of counsel for respective parties.

**Michael FERCH, Appellant, v. LINCOLN NATIONAL LIFE INSURANCE COMPANY, a Corporation.**

**No. 13095.**

Circuit Court of Appeals, Eighth Circuit.

July 25, 1945.

Lyche & Lyche, of Grand Forks, N. D., and B. H. Bowler and Edward P. Totten, both of Minneapolis, Minn., for appellant.

Nilles, Oehlert & Nilles, of Fargo, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice, at costs of appellant, on stipulation of parties.

**GREAT NORTHERN LIFE INSURANCE COMPANY, a Corporation, v. Jess G. READ.**

**No. 3114.**

Circuit Court of Appeals, Tenth Circuit.

July 24, 1945.

John A. Johnson and Henry S. Griffing, both of Oklahoma City, Okl., for appellant.

Randell S. Cobb, Atty. Gen., of Oklahoma, Fred Hansen, 1st Asst. Atty. Gen., of Oklahoma, and Leonard H. Savage, of Oklahoma City, Okl., for appellee.

Before PHILLIPS and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**John Jay JOHNS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 12969.**

Circuit Court of Appeals, Eighth Circuit.

July 10, 1945.

Stanley S. Waite, of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in No. 12963, Oberwinder v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 255, on joint motion of counsel for respective parties.

**Roland KREBS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 12965.**

Circuit Court of Appeals, Eighth Circuit.

July 10, 1945.

Stanley S. Waite, of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John W. Smith,